UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM CAMPBELL,

                Plaintiff,

-v-

THE METROPOLITAN TRANSPORTATION
AUTHORITY, et al.,

                Defendants.

**AFFIDAVIT OF SERVICE**

Index No. 19-CV-241 (NRB)

    I, Donald Pooler, do hereby state and affirm under penalties of perjury that the following is true and correct:

1. I am over 18 years of age and am not a party to this action.

2. On February 28, 2019 at approximately 1:25 PM at 2 Broadway, New York, NY 10004, I served the following documents upon defendant METROPOLITAN TRANSIT AUTHORITY by delivering and leaving a true copy of the documents with a person of suitable age and discretion *to wit*, Debra P., General Counsel:

    a. Summons,

    b. Complaint,

    c. Civil Cover Sheet,

    d. Individual Rules and Practices of Judge Naomi Reice Buchwald,

    e. Individual Rules and Practices of Magistrate Judge Katherine H. Parker,

    f. SDNY Case Filing Rules and Instructions

3. Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstance of service as follows:

    Sex:  Female        Race:  White        Hair: Black

Approximate Age:    55     Approx. Height: 5'3"     Approx Weight: 120

Dated:    New York, New York
          February 28, 2019

By: _____
    Donald Pooler

STATE OF NEW YORK    )
                     :ss:
COUNTY OF NEW YORK   )

Sworn to before me this
28 day of February, 2019

_____
Notary Public

ABIGAIL L ROBINSON
Notary Public, State of New York
No. 01RO6322217
Qualified in Queens County
Commission Expires 03/30/2019

2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

ACCEPTED FOR MTA ONLY
M.T.A. General Counsel Debra Buonincontri
Received
Date: 2/28/19  Time: 1:25 PM
Mail ☐  Personal ☒

WILLIAM CAMPBELL )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 19-cv-241
)
THE METROPOLITAN TRANSPORTATION )
AUTHORITY, et al. )
)
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* METROPOLITAN TRANSPORTATION AUTHORITY
2 Broadway
New York, New York 10004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Meredith S. Heller
LAW OFFICE OF MEREDITH S. HELLER PPLC
99 Park Avenue, PH/26th Floor
New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/10/2019                 /S/ P. NEPTUNE
                                *Signature of Clerk or Deputy Clerk*